DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  drosenfeld@unioncounsel.net
         courtnotices@unioncounsel.net

ATTORNEYS FOR PLAINTIFF

CHRISTOPHER J. MURPHY, Bar No. 56951
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-5000
Fax:  (215) 963-5001
E-Mail:  christopher.murphy@morganlewis.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMMUNICATION WORKERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER COMMUNICATIONS,<br><br>Defendant. | No. 2:19-cv-01456-MCE-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

DISMISSAL WITH PREJUDICE
Case No. 2:19-cv-01456-MCE-AC

1

It is hereby stipulated by and between the parties that the above-entitled matter may be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The parties will bear their own costs and fees.

Dated:  February _9_, 2023         WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation


                                   */S/ DAVID A. ROSENFELD*
                              By:       DAVID A. ROSENFELD

                                   ATTORNEYS FOR PLAINTIFF
                                   COMMUNICATIONS WORKERS OF AMERICA

Dated:  February _9_, 2023         MORGAN, LEWIS & BOCKIUS, LLP


                                   /S/ CHRISTOPHER MURPHY
                              By:       CHRISTOPHER MURPHY

                                   ATTORNEYS FOR DEFENDANT
                                   FRONTIER COMMUNICATIONS


## **ORDER**

The above stipulation is GRANTED.  This action is hereby DISMISSED with prejudice.  The parties shall bear their own costs and fees, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  February 14, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

2
DISMISSAL WITH PREJUDICE
Case No. 2:19-cv-01456-MCE-AC